IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| NATIONAL ELITE TRANSPORTATION, LLC, a Delaware limited liability company, | * * * * | |
| Plaintiff, | * * | Civil Action File No. 3:11-cv-00041-CAR |
| vs. | * * | |
| ANGEL FOOD MINISTRIES, INC., a Georgia corporation, and WESLEY JOSEPH WINGO, | * * * * | |
| Defendants. | * | |

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF NATIONAL ELITE TRANSPORTATION, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff National Elite Transportation, LLC identifies the following parent corporations and any publicly held corporation owning ten (10%) percent or more of its stock:

**National Elite Transportation's parent company (100% owner) is National Beef Packing Co., LLC.  No publicly held corporation has any ownership interest in National Elite Transportation.**

This 14th day of March, 2011.

MOZLEY FINLAYSON & LOGGINS LLP

/s/  Brian J. Duva
BRIAN J. DUVA
Georgia Bar No. 236046
DEBORAH SHELLES CAMERON
Georgia Bar No. 105369
ANDREW M. CAPOBIANCO
Georgia Bar No. 012592

One Premier Plaza, Suite 900
5605 Glenridge Drive, NE
Atlanta, Georgia 30342-1380
Telephone:  (404) 256-0700
Facsimile:   (404) 250-9355
bduva@mfllaw.com
dcameron@mfllaw.com
302824