IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| NATIONAL ELITE TRANSPORTATION, LLC, a Delaware limited liability company, | ) ) ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 3:11-cv-41 |
| | ) | |
| vs. | ) | |
| | ) | |
| ANGEL FOOD MINISTRIES, INC., a Georgia Corporation, and WESLEY JOSEPH WINGO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' RENEWAL OF MOTION TO DISMISS

Plaintiff having served an amended complaint [Doc. 12], defendants Angel Food

Ministries, Inc. and Wesley Joseph Wingo hereby renew and re-move, with respect to the

amended complaint, their previously filed motion to dismiss [Doc. 7].  Defendants hereby

incorporate said motion and the supporting memorandum of authorities herein.

Respectfully submitted this 9th day of May, 2011.

COOK, NOELL, TOLLEY & BATES, LLP
s/ Edward D. Tolley
EDWARD D. TOLLEY
Attorney for Angel Food
Ministries, Inc. & Wesley Joseph Wingo
State Bar No. 714300

Post Office Box 1927
Athens, Georgia 30603-1927
706.549.6111

CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
s/ John K. Larkins, Jr.
JOHN K. LARKINS, JR.
Attorney for Angel Food
Ministries, Inc. & Wesley Joseph Wingo
State Bar No. 438425

3127 Maple Drive, N.E
Atlanta, Georgia 30305
404.233.4171

HALL, BOOTH, SMITH & SLOVER, P.C.
s/ John E. Hall
JOHN E. HALL
Attorney for Angel Food
Ministries, Inc. & Wesley Joseph Wingo
State Bar No. 319090

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303-1740
404.954.5000

HALL, BOOTH, SMITH & SLOVER, P.C.
s/ Malcolm C. McArthur
MALCOLM C.  McARTHUR
Attorney for Angel Food
Ministries, Inc. & Wesley Joseph Wingo
State Bar No. 480750

440 College Avenue North, Suite 120
Athens, Georgia 30601-2773
706.316.0231

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| NATIONAL ELITE TRANSPORTATION, LLC, a Delaware limited liability company, | ) ) ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 3:11-cv-41 |
| | ) | |
| vs. | ) | |
| | ) | |
| ANGEL FOOD MINISTRIES, INC., a Georgia Corporation, and WESLEY JOSEPH WINGO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2011, I electronically filed with the Clerk of Court using the CM/ECF system the following document: DEFENDANTS' RENEWAL OF MOTION TO DISMISS. This system will automatically send email notification of such filing to the attorneys of record.

**COOK, NOELL, TOLLEY & BATES, LLP**
s/ Edward D. Tolley
EDWARD D. TOLLEY
Attorney for Angel Food
Ministries, Inc. & Wesley Joseph Wingo
State Bar No. 714300

Post Office Box 1927
Athens, Georgia 30603-1927
706.549.6111