IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| NATIONAL ELITE TRANSPORTATION, LLC, a Delaware limited liability company, | ) ) ) ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 3:11-cv-41 |
| | ) | |
| vs. | ) | |
| | ) | |
| ANGEL FOOD MINISTRIES, INC., a Georgia Corporation, and WESLEY JOSEPH WINGO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' OBJECTION TO EXHIBIT

Defendants Angel Food Ministries, Inc. and Wesley Joseph Wingo hereby object to "Exhibit 1," attached to Plaintiff's Response to Defendants' Motion to Dismiss [Doc. 11], on the grounds that a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) is, by definition, limited to the face of the pleadings, and, therefore, the exhibit is irrelevant and improper.

Respectfully submitted this 9th day of May, 2011.

                                                                                  COOK, NOELL, TOLLEY & BATES, LLP
                                                                                                       s/ Edward D. Tolley
                                                                                                            EDWARD D. TOLLEY
                                                                                 Attorney for Angel Food
                                                            Ministries, Inc. & Wesley Joseph Wingo
                                                                           State Bar No. 714300

Post Office Box 1927
Athens, Georgia 30603-1927
706.549.6111

                                          CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
                                                                         s/ John K. Larkins, Jr.
                                                                     JOHN K. LARKINS, JR.
                                                             Attorney for Angel Food
                                          Ministries, Inc. & Wesley Joseph Wingo
                                                            State Bar No. 438425

3127 Maple Drive, N.E
Atlanta, Georgia 30305
404.233.4171

                                                      HALL, BOOTH, SMITH & SLOVER, P.C.
                                                                           s/ John E. Hall
                                                                            JOHN E. HALL
                                                           Attorney for Angel Food
                                      Ministries, Inc. & Wesley Joseph Wingo
                                                        State Bar No. 319090

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303-1740
404.954.5000

                                                      HALL, BOOTH, SMITH & SLOVER, P.C.
                                                                 s/ Malcolm C. McArthur
                                                             MALCOLM C.  McARTHUR
                                                           Attorney for Angel Food
                                      Ministries, Inc. & Wesley Joseph Wingo
                                                        State Bar No. 480750

440 College Avenue North, Suite 120
Athens, Georgia 30601-2773
706.316.0231

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| NATIONAL ELITE TRANSPORTATION, LLC, a Delaware limited liability company, | ) ) ) ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 3:11-cv-41 |
| | ) | |
| vs. | ) | |
| | ) | |
| ANGEL FOOD MINISTRIES, INC., a Georgia Corporation, and WESLEY JOSEPH WINGO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2011, I electronically filed with the Clerk of Court using the CM/ECF system the following document: DEFENDANTS' OBJECTION TO EXHIBIT.

This system will automatically send email notification of such filing to the attorneys of record.

**COOK, NOELL, TOLLEY & BATES, LLP**
s/ Edward D. Tolley
EDWARD D. TOLLEY
Attorney for Angel Food
Ministries, Inc. & Wesley Joseph Wingo
State Bar No. 714300

Post Office Box 1927
Athens, Georgia 30603-1927
706.549.6111