# H|B|S|S  HALL BOOTH SMITH & SLOVER, P.C.

| Malcolm C. McArthur | 440 College Avenue North, Suite 120 |
| --- | --- |
| P: (706) 316-0231 | Athens, GA 30601-2773 |
| E: MMcArthur@hbss.net | P: (706) 316-0231  F: (706) 316-0111  W: www.hbss.net |

May 12, 2011

**VIA ELECTRONIC FILING**

Holly R. McCarra
Arbitration Clerk
United States District Court
Middle District of Georgia
Office of the Clerk
475 Mulberry Street
P.O. Box 128
Macon, GA 31201-0128

   RE: *National Elite Transportation LLC v. Angel Food Ministries, Inc., et al*
      Civil Action No. 3:11-cv-41 (CAR)

Dear Ms. McCarra:

  Please consider this the formal request of Defendants Angel Food Ministries, Inc. and Wesley Joseph Wingo to withdraw from arbitration pursuant to Local Rule 16.2 in connection with the above referenced case.

  With kindest regards, I am

            Very truly yours,

            */s/ Malcolm McArthur*
            Malcolm C. McArthur

MCM/mmb

1877294-1
3446-0020

