UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:**  6/3/11                                                                          **CASE #:**  3:11-CV-41 (CAR)

**CASE TITLE:** National Elite Transportation LLC v. Angel food Ministries, Inc., et al

**DOCUMENT #:** 20

**DOCUMENT TITLE:** Proposed Scheduling and Discovery Order

**The following errors/deficiencies have been identified in the document listed above:**

Document must be signed by Judge before filing and is not to be filed via CM/ECF by counsel. Clerk will file document once it is signed by the Judge.

## CORRECTIVE ACTION REQUIRED BY THE FILER

E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov).  On CM/ECF page, select Submit Documents, Submit a Proposed Order.

                                                                                        Gregory J. Leonard, Clerk


                                                                                        s/ Gail G. Sellers, Deputy Clerk