# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **NATIONAL ELITE TRANSPORTATION, LLC**, a Delaware limited liability company, | : : : :: | |
| Plaintiff, | : : | Civil Action No. 3:11-CV-0041 (CAR) |
| v. | : : | |
| **ANGEL FOOD MINISTRIES, INC.**, a Georgia Corporation, and **WESLEY JOSEPH WINGO**, | : : : : | |
| Defendants. | : : | |

## ORDER ON MOTION FOR ENTRY OF
## DEFAULT AND DEFAULT JUDGMENT

Currently before the Court is Plaintiff's Motion for Entry of Default and Default Judgment [Doc. 13]. Through its Motion, Plaintiff contends that default must be entered because no attorney of record signed Defendants' Motion to Dismiss on behalf of Defendant Joseph Wingo and that Defendant Wingo has not otherwise answered to the Complaint. The Motion to Dismiss in question [Doc. 7], however, was filed on behalf of both Defendants, and Defendants have since amended the motion, explaining that Defendant Wingo's name was omitted from the signature page due to a clerical error. In light of Defendants' Amendment [Doc. 14], the Court finds Plaintiff's Motion for Entry of Default and Default Judgment **MOOT** and orders that it be **DISMISSED** as such.

SO ORDERED, this 3rd day of June, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr