IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| NATIONAL ELITE TRANSPORTATION, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL FOOD MINISTRIES, INC., a Georgia corporation, and WESLEY JOSEPH WINGO,<br><br>Defendants. | Civil Action File No. 3:11-cv-41 |

## PROPOSED SCHEDULING AND DISCOVERY ORDER

In accordance with this Court's Federal Rule of Civil Procedure 16 and 26 Order dated April 19, 2011, the parties to this action, through counsel, have conferred and jointly developed a scheduling order and discovery plan containing deadlines and limitations as follows:

**I.     Nature of the Case:**

This is a breach of contract and tort case brought by the Plaintiff against the Defendants for non-payment under a Rate Savings Incentive Compensation clause contained in a contract between National Elite Transportation, LLC and Angel Food Ministries, Inc. Plaintiff contends that the Defendants owe it approximately $1,000,000.00 for services performed by the Plaintiff for the Defendants in

negotiating lower shipment rates for the benefit of the Defendants under the agreed-upon Rate Savings Incentive Compensation provision. Defendants deny liability as to all claims and have filed a Motion to Dismiss for Failure to State a Claim upon Which Relief may be Granted with respect to Counts II through V. Defendant Angel Food Ministries, Inc. anticipates filing a counterclaim.

## II.   Counsel of Record

The following individually named attorneys are hereby designated as lead counsel for the parties:

<u>For the Plaintiff</u>:
Brian J. Duva
Mozley, Finlayson & Loggins, LLP
One Premier Plaza; Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 (telephone)
404.250.9355 (facsimile)
bduva@mfllaw.com

<u>For Defendants Angel Food Ministries and Wesley Joseph Wingo</u>:
John E. Hall
Hall Booth Smith & Slover, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
404.954.6929 (telephone)
404.954.5020 (facsimile)
JHall@hbss.net

## III.   Complaint and Answer Filing Dates:

Complaint:  March 14, 2011

Defendants' Motion to Dismiss for Failure to State a Claim upon Which Relief may be Granted:  April 5, 2011

IV. **Discovery Deadlines:**

    A. **Time for Discovery:**

The time for discovery in this case shall expire on October 5, 2011, that being no more than six months after the filing of the Defendants' Partial Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6).

In the event that one or all parties believe that a greater time for discovery is needed, the party or parties will file a written motion for extension of time, accompanied by a proposed order for the court, wherein good cause will be shown for the requested extension.

    B. **Witnesses to be Deposed**

| Deponent | Date | Location |
| --- | --- | --- |
| Corporate Representative of Angel Food Ministries, Inc. | July 2011 | Athens, GA |
| Wesley Joseph Wingo | July 2011 | Athens, GA |
| Mike Benton | July 2011 | Athens, GA |
| David Ward | July 2011 | Athens, GA |
| Casey Barts | July 2011 | Athens, GA |
| Daniel Hudson | July 2011 | Atlanta, GA |

| | | |
|---|---|---|
| Michelle Demattei | July 2011 | Atlanta, GA |
| Susan Ingram | July 2011 | Atlanta, GA |
| Dennis Baxter | July 2011 | Atlanta, GA |
| Stephanie Jimenez | July 2011 | Atlanta, GA |
| Libby Jones | July 2011 | Atlanta, GA |
| Karen Swearengen | July 2011 | Atlanta, GA |
| Pamela Dorsey | July 2011 | Atlanta, GA |
| Dick Rees | July 2011 | Atlanta, GA |
| Machelle Lindsay | July 2011 | TBD |
| David Smallridge | July 2011 | Atlanta, GA |
| Tony Prather | July 2011 | Athens, GA |
| Corporate Representative of National Curriers Inc./National Elite Transportation, LLC | July 2011 | TBD |
| Expert Witnesses (if any) | August 2011 | TBD |
| Additional Witnesses Disclosed during Discovery | Aug-Sept 2011 | TBD |

**C.** **Expert Witnesses** (*if applicable*)

    **1.** **Designation of Experts**

        Any party who desires to use the testimony of an expert witness will be required to designate the expert according to the following

schedule: Plaintiff must disclose the identity of any expert witness on or before August 1, 2011.

Defendant must thereafter disclose the identify of any expert witnesses that may testify on or before August 15, 2011.

In the event Defendant designates an expert where Plaintiff has not previously designated an expert, Plaintiff shall have an additional fifteen (15) days to designate a rebuttal expert.

**2.    Expert Reports**

Any disclosure or designation of an expert witness must be accompanied by a written report prepared and signed by the expert in accordance with the requirements of Federal Rule of Civil Procedure 25(a)(2)(B).

**3.    Daubert Motions**

Any Daubert motions must be filed within sixty (60) days of the close of the discovery period in this case.

**D.    Discovery Limitations or Need for Protective Order**

At this time, no discovery limitations are known.

**E.    Motion to Compel Discovery**

While written motions to compel discovery may be properly filed, the Court requests that the parties initially refrain from filing such motions and

instead contact Lee Anne Purvis, Courtroom Deputy (478.752.0739) to schedule a telephone conference to discuss any discovery issues.

### F. Estimated Cost of Discovery

For Plaintiff: Unknown at this time but anticipated costs of discovery are between $100,000 and $200,000.

For Defendants: Unknown at this time but anticipated costs of discovery are between $100,000 and $200,000.

## V. Time for Filing Motions:

### A. Motions to Amend the Pleadings or to Join Parties

All motions seeking to amend the pleadings or to join parties or claims to the current action shall be filed on or before August 15, 2011.

### B. Dispositive Motions

The parties agree that all dispositive motions will be filed no later than December 5, 2011, that being no more than sixty (60) days after the expiration of discovery in this case. In the event one or all the parties would like to request oral argument on a pending motion for summary judgment, a separate motion requesting oral argument will be filed in accordance with Local Rule 7.5.

## VI. Certification of the Parties:

The parties certify by their signatures below that they have conferred and discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case, pursuant to Local Rule 26(e).

This 3rd day of June, 2011.


/s/ Brian J. Duva
_____
Brian J. Duva
Mozley, Finlayson & Loggins, LLP
*Counsel for National Elite Transportation, LLC*


/s/ Malcolm C. McArthur
_____
Malcolm C. McArthur
Hall, Booth, Smith & Slover, P.C.
*Counsel for Angel Food Ministries, Inc. and Wesley Joe Wingo*

- 8 -

The Court, having reviewed the information contained in the Proposed Scheduling and Discovery Order completed and filed jointly by the parties to this action, hereby **ADOPTS** the parties' plan and **MAKES IT THE ORDER OF THE COURT**.

SO ORDERED this 7th of June, 2011.

S/  C. Ashley Royal  
C. ASHLEY ROYAL  
United States District Judge

50209361-1